David C. Hilliard
Jonathan S. Jennings
Kristen S. Knecht
PATTISHALL MCAULIFFE NEWBURY
HILLIARD & GERALDSON LLP
311 S. Wacker Drive, Suite 5000
Chicago, Illinois 60606
Telephone: (312) 554-8000
Facsimile: (312) 554-8015

Stuart R. Dunwoody
DAVIS WRIGHT TREMAINE LLP
2600 Century Square
1501 Fourth Avenue
Seattle, Washington 98101-1688
Telephone: (206) 622-3150
Facsimile: (206) 628-7699

Attorneys for Plaintiff PepsiCo, Inc.

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 29 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
# AT SPOKANE

PEPSICO, INC., a corporation,

    Plaintiff,

    v.

T-SALES WHOLESALE MEXICAN
FOODS, INC., a corporation, and
DAVID R. DAHL, an individual,

    Defendants.

Case No. CV-05-115-JLQ

**FINAL JUDGMENT**

FINAL JUDGMENT - 1
SEA 1627049v1 88-88

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

Plaintiff, PepsiCo, Inc. ("PepsiCo"), and defendant, T-Sales Wholesale Mexican Foods, Inc. ("T-Sales") and David R. Dahl (jointly, "Defendants"), hereby stipulate to entry of final judgment as follows:

1.  This Court has subject matter jurisdiction by virtue of the fact that:

   (a)  this is an action arising under the Trademark Act of 1946, as amended, 15 U.S.C. §§ 1051-1121 (the Lanham Act), jurisdiction being conferred in accordance with 15 U.S.C. § 1121 and 28 U.S.C. § 1338(a) and (b); and

   (b)  jurisdiction for the Washington state statutory claims is conferred in accordance with the principles of supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

2.  This Court has personal jurisdiction over Defendants.

3.  Venue is proper in this Court under 28 U.S.C. 1391(b) in that a substantial part of the events or omissions giving rise to the claims occurred in this district or under 28 U.S.C. § 1391(a) in that Defendants are deemed to reside in this district and are subject to personal jurisdiction in this district.

FINAL JUDGMENT - 2
SEA 1627049v1 88-88

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

4. PepsiCo is the owner, inter alia, of the following federal trademark registrations issued by the United States Patent and Trademark Office for marks used in connection with its PEPSI soft drinks ("PEPSI marks"):

| MARK | REG. NO. | REG. DATE | GOODS |
| --- | --- | --- | --- |
| PEPSI | 824,150 | Feb. 14, 1967 | Soft drinks and syrups and concentrates for the preparation thereof |
| PEPSI-COLA | 824,151 | Feb. 14, 1967 | Soft drinks and syrups and concentrates for the preparation thereof |
| Design mark | 824,153 | Feb. 14, 1967 | Soft Drinks |
| PEPSI and Design | 2,100,417 | Sept. 23, 1997 | Soft Drinks |
| PEPSI and Design | 2,104,304 | Oct. 7, 1997 | Soft Drinks |

Said registrations are valid, subsisting, incontestable and constitute conclusive evidence of plaintiff's exclusive right to use the PEPSI marks for the goods specified in the registrations, pursuant to 15 U.S.C. §§ 1065 and 1115(b).

5. Without PepsiCo's consent, Defendants have sold in the United States soft drinks manufactured in Mexico bearing the PEPSI marks owned and registered in the United States by PepsiCo (the "Mexican product").

6. Defendants also have sold in the United States Plaintiff's MIRINDA soft drinks that are bottled in Mexico and meant for sale in Mexico. Plaintiff owns a valid and subsisting registration (Reg. No. 811,787)

FINAL JUDGMENT - 3

SEA 1627049v1 88-88

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

in the United States Patent and Trademark Office of its MIRINDA mark for "soft drinks and syrups and concentrates for the preparation of such soft drinks," which has become incontestable in accordance with 15 U.S.C. §§ 1065 and 1115(b).

7. Defendants' sale of the Mexican product in the United States without PepsiCo's consent constitutes:

(a) trademark infringement in violation of section 32 of the Lanham Act, 15 U.S.C. § 1114;

(b) unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. 1125(a);

(c) unfair competition and unfair or deceptive trade practices in violation of the Washington Consumer Protection Act, RCW 19.86.020;

(d) unfair competition in violation of Washington common law; and

(e) dilution in violation of the Washington Consumer Protection Act, RCW 19.77.160.

FINAL JUDGMENT - 4
SEA 1627049v1 88-88

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

8. James M. Danielson shall be an agent of Defendants authorized to receive any subpoena to obtain deposition or trial testimony regarding Defendants' knowledge of the importation into, and sale and distribution in the United States of the Mexican product by third parties. Defendants shall immediately inform PepsiCo, care of Jonathan S. Jennings, 311 S. Wacker Drive, Suite 5000, Chicago, Illinois 60606, if this address for service changes and of any new address for such service.

9. Defendants, their officers, agents, servants, employees, successors and assigns, and all others in active concert or participation with them, are permanently enjoined and restrained from the importation into, and the dealing, marketing, sale or distribution in the United States of soft drinks manufactured or bottled in Mexico, or any other foreign country, bearing any of PepsiCo's PEPSI marks.

10. This Court shall retain jurisdiction over this action for purposes of construing and ensuring compliance with this Final Judgment.

11. Each party shall bear its own costs.

SO ORDERED AND ADJUDGED: *The Clerk shall close this file.*

Dated this 29th day of July, 2005.

_____
United States District Judge

FINAL JUDGMENT - 5

SEA 1627049v1 88-88

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

| | |
|---|---|
| 1 | CONSENTED AND AGREED TO: |
| 2 | T-SALES WHOLESALE MEXICAN FOODS, INC. |
| 3 | |
| 4 | By: _____ |
| 5 | Name: DAVID R. DAHL |
| 6 | |
| 7 | Title: PRESIDENT |
| 8 | Date: 7-21-05 |

CONSENTED AND AGREED TO:

T-SALES WHOLESALE MEXICAN FOODS, INC.

By: _____

Name: DAVID R. DAHL

Title: PRESIDENT

Date: 7-21-05


DAVID R. DAHL

By: _____

Date: 7-21-05

Defendants

James M. Danielson
JEFFERS, DANIELSON
SONN & AYLWARD P.S.
2600 Chester Kimm Road
P.O. Box 1688 (98807)
Wenatchee, Washington 98801
Telephone: (509) 662-3685
Facsimile: (509) 662-2452

By: _____
    James M. Danielson

Dated: 7/28/05

Attorney for Defendants

On Behalf of PEPSICO, INC.:

David C. Hilliard
Jonathan S. Jennings
Kristen S. Knecht
PATTISHALL, MCAULIFFE,
NEWBURY, HILLIARD &
GERALDSON LLP
311 S. Wacker Drive, Suite 5000
Chicago, Illinois 60606
Telephone: (312) 554-8000
Facsimile: (312) 554-8015

DAVIS WRIGHT TREMAINE LLP
2600 Century Square
1501 Fourth Avenue
Seattle, Washington 98101-1688
Telephone: (206) 622-3150
Facsimile: (206) 628-7699

By: _____
    Stuart R. Dunwoody
    WSBA #13948

Attorneys for Plaintiff, PepsiCo, Inc.

FINAL JUDGMENT - 6

SEA 1627049v1 88-88